**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHAROLYN STANLEY,**

**Plaintiff/**
**Counter-Defendant,**

**vs.** **CASE NO. 6:23-cv-00090-CEM-DAB**

**UNITED AIRLINES, INC., a foreign profit corporation,**

**Defendant/**
**Counter-Plaintiff.**

**VAUGHN G.S. GLINTON, JR.'S UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL**

I, Vaughn G.S. Glinton, Jr., pursuant to Local Rule 2.02(c) hereby move this Court to allow me to withdraw as co-counsel for Defendant/Counter-Plaintiff, UNITED AIRLINES, INC ("Defendant" or "United"), in the above-referenced case, and states as follows:

1. I entered an appearance as co-counsel for the Defendant in the above-captioned case on February 17, 2023. (Doc. 8).

2. I will no longer be associated with the law firm of Jackson Lewis P.C. and, therefore, request to withdraw from representation of

Defendant.

3. If the Court grants this motion, Defendant will continue to be represented by the attorneys of Jackson Lewis P.C., including Amanda A. Simpson, Lead Counsel, who appeared in this case on February 17, 2023 (Doc. 8) and Jan T. Williams, who appeared in this case on April 1, 2024. (Doc. 42). No gap in representation will occur.

4. No party will be prejudiced by my withdrawal.

5. Pursuant to Local Rule 2.02(c), the undersigned certifies that Defendant consents to the withdrawal.

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), Defendant's counsel conferred with Plaintiff's counsel prior to the filing of this Motion via telephone. Plaintiff's counsel has no opposition to the relief sought herein.

WHEREFORE I, Vaughn G.S. Glinton, Jr., respectfully request that this Honorable Court enter an Order granting this unopposed motion permitting me to withdraw as co-counsel for the Defendant in this matter and for such further relief as this Court deems appropriate.

DATED this 6th day of August, 2024.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: */s/ Vaughn G. S. Glinton, Jr.*
Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Jan T. Williams
Florida Bar No. 92604
jan.williams@jacksonlewis.com

Vaughn G.S. Glinton, Jr.
Florida Bar No. 1002778
Vaughn.glinton@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Belinda Noah, Esquire, Law Offices of Dr. Belinda Noah, 10144 Whisper Pointe Drive, Tampa, FL 33647.

*/s/ Vaughn G. S. Glinton, Jr.*
Vaughn G. S. Glinton, Jr.

4857-0636-6165, v. 1