# EXHIBIT 3

---

**From:** Williams, Jan T. (Orlando)
**Sent:** Wednesday, May 28, 2025 3:22 PM
**To:** Dr. Belinda Gail Quarterman Noah, Attorney
**Cc:** Simpson, Amanda A. (Orlando); Wright, Kelly J. (Orlando)
**Subject:** RE: (good faith conferral) Stanley v. United

**Categories:** Filed to ND

Good afternoon Belinda,

Thank you for answering my call today. During our call, I reiterated to you that there is a Court deadline **of June 11** for United to file its Supplemental Motion to determine the fee amounts, and that Local Rule 7.01(c) requires that we confer. Per your request, our paralegal, @Wright, Kelly J. (Orlando), will re-send you the records we previously sent you ahead of our last scheduled good faith conferral call in March.

During our call today you told me you did not see my prior emails below. You also advised that it was your position that United was not entitled to any fees whatsoever, and that if anyone should be receiving it should be the Plaintiff. Finally, you advised me that you will not agree to conduct a good faith conferral over the amount of fees and/or objections to United's proffered fee-related time records because you intend to move for another extension of the Court's deadlines.

If and when you decide to move for that extension, please so advise us and we will let you know United's position on the requested relief.

Regards,

JL

**Jan T. Williams** (Yawn | He/Him)
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8444 | Main: (407) 246-8440
Jan.Williams@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Williams, Jan T. (Orlando) <Jan.Williams@jacksonlewis.com>
**Sent:** Friday, May 23, 2025 1:40 PM
**To:** Dr. Belinda Gail Quarterman Noah, Attorney <noahlawfirm@yahoo.com>
**Cc:** Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Subject:** RE: (good faith conferral) Stanley v. United

Good afternoon Belinda,

We are following up, again, to try coordinate a call with you. To date, we have not received a response from you, and we also did not receive an away-message from your email account.

The Court's deadline for United to file its supplemental motion on amount of attorney's fees, after the extension we agreed to with you, is **June 11, 2025**. [Doc. 138]. Local Rule 7.01(c) requires that we meet-and-confer about the amounts sought.

**Please provide 2-3 days/times you have available next week.**

Regards,

JL
**Jan T. Williams** (Yawn | He/Him)
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8444 | Main: (407) 246-8440
Jan.Williams@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Williams, Jan T. (Orlando) <Jan.Williams@jacksonlewis.com>
**Sent:** Friday, May 16, 2025 8:21 AM
**To:** Dr. Belinda Gail Quarterman Noah, Attorney <noahlawfirm@yahoo.com>
**Cc:** Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Subject:** RE: (good faith conferral) Stanley v. United

Good morning Belinda,

We first reached out to you on April 28 in an effort to coordinate a call. Can you provide 2-3 days/times you have available? The Court is requiring this conferral.

Regards,

JL
**Jan T. Williams** (Yawn | He/Him)
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8444 | Main: (407) 246-8440
Jan.Williams@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Williams, Jan T. (Orlando) <Jan.Williams@jacksonlewis.com>
**Sent:** Friday, May 9, 2025 10:35 AM
**To:** Dr. Belinda Gail Quarterman Noah, Attorney <noahlawfirm@yahoo.com>
**Cc:** Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Simpson, Amanda A. (Orlando)

<Amanda.Simpson@jacksonlewis.com>
**Subject:** (good faith conferral) Stanley v. United

Good morning Belinda,

Following up on Amanda's email below, please advise when you have availability to confer this month, in May. The Court requires we confer before its June filing deadline.

Please let us know what days/times work for you.

Regards,

**Jan T. Williams** (Yawn | He/Him)
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8444 | Main: (407) 246-8440
Jan.Williams@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>
**Sent:** Monday, April 28, 2025 1:14 PM
**To:** Dr. Belinda Gail Quarterman Noah, Attorney <noahlawfirm@yahoo.com>; Williams, Jan T. (Orlando) <Jan.Williams@jacksonlewis.com>
**Cc:** Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Herrera, Janet (Orlando) <Janet.Herrera@jacksonlewis.com>
**Subject:** RE: Accepted: Stanley v. United conferral call- Teams Info below

Hi Belinda- We hope this finds you doing well. We wanted to schedule some time in May before our month fills up to confer on the Motion for Fees in anticipation of the filing deadline in early June. Can you send us a couple dates you are available? Thanks.

**Amanda A. Simpson**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8408 | Main: (407) 246-8440
Amanda.Simpson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Dr. Belinda Gail Quarterman Noah, Attorney <noahlawfirm@yahoo.com>
**Sent:** Wednesday, March 12, 2025 11:27 PM
**To:** Williams, Jan T. (Orlando) <Jan.Williams@jacksonlewis.com>
**Cc:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>; Wright, Kelly J. (Orlando)

<Kelly.Wright@jacksonlewis.com>; Herrera, Janet (Orlando) <Janet.Herrera@jacksonlewis.com>
**Subject:** Re: Accepted: Stanley v. United conferral call- Teams Info below

External email

Contains topics of a financial nature

Dear Jan,

As we discussed, I have attached the motion for an extension of time. Please let me know the defendant's position on the motion so it may be revised if necessary.

Regards,

Belinda Noah, Attorney

813-808-5351

Law Office of Dr. Belinda Noah

On Wednesday, March 12, 2025 at 07:16:12 AM EDT, Williams, Jan T. (Orlando) <jan.williams@jacksonlewis.com> wrote:

Dear Belinda,

Thank you for speaking with me yesterday. As I mentioned to you, I am so sorry for your loss, and I wish you all the best in the coming weeks and months.

As to the motion for extension, our call yesterday was scheduled to discuss whether you had objections to the invoices we sent, as part of our conferral over United's supplemental motion to determine fees. You mentioned the possible motion for extension during the call for the first time.

I asked you to send us a good faith conferral email where you specify what time you are asking for, to specify the relief you are seeking, so that we may consider our response. Please do so.

Regards,

JL

**Jan T. Williams** (Yawn | He/Him)
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8444 | Main: (407) 246-8440
Jan.Williams@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Dr. Belinda Gail Quarterman Noah, Attorney <noahlawfirm@yahoo.com>
**Sent:** Tuesday, March 11, 2025 11:13 PM
**To:** Simpson, Amanda A. (Orlando) <Amanda.Simpson@jacksonlewis.com>; Williams, Jan T. (Orlando) <Jan.Williams@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>; Herrera, Janet (Orlando) <Janet.Herrera@jacksonlewis.com>
**Subject:** Re: Accepted: Stanley v. United conferral call- Teams Info below

Dear Jan,

As we discussed, I will file a motion for an extension of time tomorrow (Wednesday) due to the unexpected passing of my husband.

Regards,

Belinda Noah, Attorney

813-808-5351

Law Office of Dr. Belinda Noah

**Law Office of Dr. Belinda Noah**

The Law Office of Dr. Belinda Noah represents those who need help with estate planning, constitutional law issue...

On Monday, March 10, 2025 at 05:52:55 PM EDT, Dr. Belinda Gail Quarterman Noah, Attorney <noahlawfirm@yahoo.com> wrote:

## noahlawfirm has accepted

When Tuesday, 11 March 2025
07:00 PM to 07:30 PM
(GMT) Greenwich Mean Time - Dublin / Edinburgh / Lisbon / London

Where Microsoft Teams Meeting